**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNIFACE B.V., a Dutch Limited Liability Company, | ) ) ) | |
| | ) | Case No. 1:20-cv-6478 |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Judge John Z. Lee |
| | ) | Magistrate Judge Susan E. Cox |
| SYSMEX AMERICA, INC., | ) ) | |
| | ) | |
| *Defendant*. | ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice and with each party bearing its own attorneys' fees and costs.

**Stipulated and Agreed As to Form and Substance:**

By: /s/ *Mark Durbin*
Mark Durbin
John Gabrielides
Valerie Galassini
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 357-1313
mark.durbin@btlaw.com
jgabrielides@btlaw.com
valerie.galassini@btlaw.com

*Counsel for Defendant Sysmex America, Inc.*

By: /s/ *Stephen J. Rosenfeld*
Stephen J. Rosenfeld (Bar No. 6216769)
Nicholas A. Kurk
Christopher F. Allen
McDonald Hopkins LLC
300 North LaSalle, Suite 1400
Chicago, IL 60654
 (312) 280-0111
srosenfeld@mcdonaldhopkins.com
nkurk@mcdonaldhopkins.com
callen@mcdonaldhopkins.com

*Counsel for Plaintiff Uniface B.V.*